**SCHLANGER LAW GROUP LLP**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/29/2021

November 23, 2021

**VIA ECF**

Hon. Mary Kay Vyskocil
United States District Judge
United States District Court - S.D.N.Y.
500 Pearl Street
New York, NY 10007-1312

      **Re:**      *Holland et al v. B&Z Auto Enterprises, L.L.C. et al.*
      **Index:**  1:21-cv-05401

Your Honor:

      My firm is counsel to Plaintiffs Rudolph Holland and Courtney Holland in the above-referenced action. Together with counsel for Defendants B&Z Auto Enterprises, L.L.C. d/b/a Riverdale Chrysler Jeep, CCAP Auto Lease Ltd., and Santander Consumer USA Inc. d/b/a Chrysler Capital, we write jointly to request an adjournment of the Initial Conference currently scheduled for Wednesday, December 1, 2021.  *See* Docket Entry No. 16.

      The parties are actively engaged in settlement discussions that may resolve this matter without judicial intervention.  Additionally, Defendants' counsel has recently informed Plaintiffs' counsel Defendants may seek to invoke an arbitration clause in this matter.  Plaintiffs are currently investigating whether they believe any such arbitration clause is applicable or may be enforced in this matter.

      To accommodate for the upcoming holidays (including vacations/availability of key personnel), the parties request an adjournment until on or after Thursday, January 13, 2022.  This is the first request for an adjournment of the Initial Conference.

      We thank the Court for its consideration of this adjournment request.

      Respectfully,

      */s/Evan S. Rothfarb*

      Evan S. Rothfarb

cc: all counsel of record

---

**GRANTED.  The Initial Conference scheduled for December 1, 2021 is hereby adjourned to January 12, 2022 at 11:30am.  SO ORDERED.**

Date: 11/29/2021
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

---

**New York:**
80 Broad Street, Suite 1301
New York, NY 10004

**New Jersey:**
333 Fairview Avenue
Westwood, NJ 07675

**T.** 212.500.6114
**F.** 646.612.7996
**E.** erothfarb@consumerprotection.net

*Please use our New Jersey address for all hard copy correspondence.*