**SCHLANGER LAW GROUP LLP**

January 5, 2022

**VIA ECF**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/2022

Hon. Mary Kay Vyskocil
United States District Judge
United States District Court - S.D.N.Y.
500 Pearl Street
New York, NY 10007-1312

  **Re:**  *Holland et al v. B&Z Auto Enterprises, L.L.C. et al.*
  **Index:** 1:21-cv-05401

Your Honor:

  My firm is counsel to Plaintiffs Rudolph Holland and Courtney Holland in the above-referenced action. At the request of counsel for Defendants B&Z Auto Enterprises, L.L.C. d/b/a Riverdale Chrysler Jeep, CCAP Auto Lease Ltd., and Santander Consumer USA Inc. d/b/a Chrysler Capital, we write to jointly request an adjournment of the Initial Conference currently scheduled for Wednesday, January 12, 2022. *See* Docket Entry No. 18.

  In preparing the submissions for the Initial Conference, counsel for Defendants informed counsel for Plaintiffs that he has become seriously ill with COVID-19 symptoms and would need to adjourn the conference. We indicated that we would make the request on behalf of all Parties. Additionally, as we previously conveyed to Your Honor, the Parties remain engaged in settlement discussions, though they were interrupted by the recent circumstances and holidays.

  In light of the above circumstances, the Parties respectfully request that the Initial Conference be adjourned to any day during the week beginning Monday, January 31, 2022. Counsel for the Parties are also available the following week from Wednesday, February 9, 2022, to Friday, February 11, 2022.

  We thank the Court for its consideration of this second adjournment request, which was unanticipated. One previous adjournment request was submitted and approved (Docket Entry Nos. 17-18).

              Respectfully,

              */s/Evan S. Rothfarb*

              Evan S. Rothfarb

---

GRANTED. The Court wishes counsel for Defendants a speedy recovery. The Initial Pre-Trial Conference currently scheduled for January 12, 2022 is hereby adjourned to February 9, 2022 at 10:00am. SO ORDERED.

Date: 1/5/2022
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

---

**New York:**
80 Broad Street, Suite 1301
New York, NY 10004

**New Jersey:**
333 Fairview Avenue
Westwood, NJ 07675

**T.** 212.500.6114
**F.** 646.612.7996
**E.** erothfarb@consumerprotection.net

*Please use our New Jersey address for all hard copy correspondence.*