**SCHLANGER LAW GROUP LLP**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/2022
```

February 2, 2022

**VIA ECF**

Hon. Mary Kay Vyskocil
United States District Judge
United States District Court - S.D.N.Y.
500 Pearl Street
New York, NY 10007-1312

  **Re:**  *Holland et al v. B&Z Auto Enterprises, L.L.C. et al.*
  **Index:** 1:21-cv-05401

Your Honor:

  My firm is counsel to Plaintiffs Rudolph Holland and Courtney Holland in the above-referenced action. At the request of counsel for Defendants B&Z Auto Enterprises, L.L.C. d/b/a Riverdale Chrysler Jeep, CCAP Auto Lease Ltd., and Santander Consumer USA Inc. d/b/a Chrysler Capital, we write to request a third adjournment of the Initial Conference currently scheduled for February 9, 2022. *See* Docket Entry No. 20.

  Counsel for Defendants has just recently returned to his office after recovering from being seriously ill with COVID-19. He requested the consent of Plaintiffs for an additional adjournment of two weeks. Under the circumstances, counsel for Plaintiffs agreed to the request and indicated he would submit the additional adjournment request to the Court on behalf of all Parties. As we previously conveyed to Your Honor, the Parties remain engaged in settlement discussions, though they were temporarily stalled during defense counsel's convalescence.

  In light of the above circumstances, the Parties respectfully request that the Initial Conference be adjourned to any day during the week beginning Monday, February 28, 2022, or the week of March 7, 2022. Plaintiffs' counsel is unavailable the week of February 21, 2022.

  We thank the Court for its consideration of this adjournment request. This is the third request for an adjournment (*See* Docket Entry Nos. 17-20).

              Respectfully,

              */s/Evan S. Rothfarb*

              Evan S. Rothfarb

cc: all counsel of record

---

**GRANTED. The Initial Pre-Trial Conference currently scheduled for February 9, 2022 is hereby adjourned to March 9, 2022 at 10:00am. SO ORDERED.**

Date: 2/3/2022
New York, New York

*[signed]* Mary Kay Vyskocil
Mary Kay Vyskocil
United States District Judge

---

**New York:**
80 Broad Street, Suite 1301
New York, NY 10004

**New Jersey:**
333 Fairview Avenue
Westwood, NJ 07675

**T.** 212.500.6114
**F.** 646.612.7996
**E.** erothfarb@consumerprotection.net

*Please use our New Jersey address for all hard copy correspondence.*