USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/22/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RUDOLPH HOLLAND and COURTNEY HOLLAND,

Plaintiffs,

-against-

B&Z AUTO ENTERPRISES, L.L.C. d/b/a RIVERDALE CHRYSLER JEEP; CCAP AUTO LEASE LTD.; and SANTANDER CONSUMER USA INC. d/b/a CHRYSLER CAPITA,

Defendants.

---

1:21-cv-5401-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a letter filed by Plaintiffs informing the Court that the parties have reached a settlement in this matter and have signed the settlement agreement. [ECF No. 39]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

The Clerk of Court respectfully is requested to close the case.

**SO ORDERED.**

Date: May 22, 2023
New York, NY

MARY KAY VYSKOCIL
**United States District Judge**